**Colvin McCRIGHT, Plaintiff–Appellant,**

v.

**Arnold SCHWARZENEGGER; et al., Defendants–Appellees.**

**No. 08–16994.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 20, 2010.

Colvin McCright, Crescent City, CA, pro se.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Colvin McCright, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action pursuant to 28 U.S.C. § 1915A. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed the action because a judgment in McCright's favor would necessarily imply the invalidity of his sentence, and his sen-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tence has not been invalidated. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). McCright's reliance on *Wilkinson v. Dotson,* 544 U.S. 74, 125 S.Ct. 1242, 161 L.Ed.2d 253 (2005), is unpersuasive.

McCright's motion for default judgment is denied.

**AFFIRMED.**